Little Jones Coal Company, appellant, v. Edward M. Holton, appellee. Gen. No. 35,770.

Opinion filed May 16, 1932.
William S. Collen, for appellant; Samuel S. Malkus, of counsel.
No appearance for appellee.
Mr. Justice Matchett delivered the opinion of the court.